**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE FORD,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLENE EATON and MICHAEL RASMUSSEN,<br><br>        Defendant. | Case No. CV ED16-1391 CJC (SSx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

    The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

    On June 28, 2016, Defendants Charlene Eaton and Michael Rasmussen, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to

1 | summarily remand the action to state court.

2

3 |     Simply stated, this action could not have been originally
4 | filed in federal court because the complaint does not allege
5 | facts supporting either diversity or federal-question
6 | jurisdiction, and therefore removal is improper. 28 U.S.C. §
7 | 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545
8 | U.S. 546, 563 (2005). Defendant's Notice Of Removal asserts that
9 | "[f]ederal question jurisdiction exists because Defendants'
10 | rights and Plaintiff's duties are governed by federal due process
11 | rights laws." (Notice Of Removal at 2). Defendants' allegations
12 | are inadequate to confer federal question jurisdiction.

13

14 |     Accordingly, IT IS ORDERED that (1) this matter be REMANDED
15 | to the Superior Court of California, County of Riverside, 880 N.
16 | State Street, Hemet, CA 92543, for lack of subject matter
17 | jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send
18 | a certified copy of this Order to the state court; and (3) the
19 | Clerk serve copies of this Order on the parties.

20

21 | IT IS SO ORDERED.

22

23 | DATED: July 13, 2016

24 |                         CORMAC J. CARNEY
                        UNITED STATES DISTRICT JUDGE